Case 4:18-cv-00350   Document 14   Filed on 06/07/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCISCO PUENTE REYNA and MIGUEL CUEVAS on behalf of themselves individually and ALL OTHERS SIMILARLY SITUATED | § § § § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:18-cv-00350 |
| v. | § § | COLLECTIVE ACTION (JURY TRIAL) |
| BORE COMPANY, LLC. | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiffs Francisco Puente Reyna, Miguel Cuevas, Luis Puente, Juan Carlos Corchado, Jose Mendoza, Ramiro Mendoza, and Defendant Bore Company, LLC., having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all claims against Bore Company, LLC in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear his or its own costs of court and attorneys' fees.

SIGNED this 7th day of June, 2018.

_____
THE HONORABLE SIM LAKE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

1